UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 08-1668

_____

PAUL YONGO,

　　　　　Plaintiff – Appellant,

　　　　v.

NATIONWIDE INSURANCE COMPANY; CAROL MARTIN; RHONDA HOGGE,
AIC; NATIONWIDE CLAIMS DEPARTMENT; NATIONWIDE LOSS
ADJUSTERS; SHARRON STEPHEN-HENLEY; ARTHUR WALTER; NATIONWIDE
AFFINITY INSURANCE COMPANY OF AMERICA; NATIONWIDE MUTUAL
INSURANCE COMPANY; J. CATER GLASS; HAROLD C. RHUDY,

　　　　　Defendants – Appellees,

　　　　and

LATONYA MICHELE MCNEIL,

　　　　　Defendant.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Dever III,
District Judge.  (5:07-cv-00094-D)

_____

Submitted:  October 8, 2008　　　　Decided:  November 13, 2008

_____

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Paul Yongo, Appellant Pro Se.  George Lee Simpson, III, LAW
OFFICE OF GEORGE L. SIMPSON, III, Raleigh, North Carolina;

Benjamin E. Thompson, III, BROUGHTON, WILKINS, SMITH, SUGGS & THOMPSON, PLLC, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul Yongo appeals the district court's orders accepting the magistrate judge's recommendation and dismissing his civil action for lack of subject matter jurisdiction, and denying his post-judgment motion to amend his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Yongo v. Nationwide Ins. Co., No. 5:07-cv-00094-D (E.D.N.C. May 16, 2008; May 27, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED